HONORABLE DAVID G. ESTUDILLO

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SRS DISTRIBUTION, INC., a foreign corporation; SRS DISTRIBUTION, INC. D / B / A STONEWAY ROOFING SUPPLY, a foreign corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACHTEN'S QUALITY ROOFING & CONSTRUCTION, INC., a Washington corporation doing business as ACHTEN QUALITY ROOFING, INC.; JOHN ACHTEN; ACT III ROOFING SYSTEMS, LLC, a Washington limited liability company; PRISCILLA ACHTEN; RUBY ACHTEN; DOE TRANSFEREES 1-20; and DOE AFFILIATES 1-20,<br><br>Defendants. | NO. 3:23-cv-05823-DGE<br><br>**CERTIFICATE OF SERVICE BY MAIL ON DEFENDANT JOHN ACHTEN (PURSUANT TO THE COURT'S MARCH 6, 2024 ORDER AND CR 4(d))** |



**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5192
Facsimile: (206) 689-2822

**CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury under the laws of the State of Washington that the First Amended Complaint and Summons was served via substitute service by certified mail on March 7, 2024 pursuant to the Court's March 6, 2024 Order and CR 4(d) on Defendant John Achten at the following address:

John Achten
712 Tipsoo Loop South
Rainier, WA 98576

DATED: June 6, 2024

*s/ Carolynn Kaiser*
Carolynn Kaiser, Legal Secretary
ckaiser@grsm.com



**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5192
Facsimile: (206) 689-2822