# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SRS DISTRIBUTION INC.,

Plaintiff,

v.

ACHTEN QUALITY ROOFING INC. et al.,

Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER. 3:23-cv-05823-DGE

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's Motion for Default Judgement (Dkt. No. 30) is GRANTED against Defendants Achten's Quality Roofing & Construction, Inc. and John Achten as to its cause of action for breach of contract and DENIED as to its other causes of action.

The Court awards Plaintiff damages in the amount of $610,455.92 for breach of contract and $77,067.97 for interest on principal, for a total of $687,523.89. Plaintiff is entitled to any post-judgement interest that accrues as specified in 28 U.S.C. § 1961.

The Court awards Plaintiff reasonable attorneys fees and costs. Plaintiff shall file a motion for attorneys fees within fourteen (14) days of this order.

Dated September 10, 2024.

Ravi Subramanian
Clerk of Court

s/Michael Williams
Deputy Clerk